**STATE of Missouri, Respondent,**

v.

**Joshua L. FIELDS, Appellant.**

**No. WD 65958.**

Missouri Court of Appeals,
Western District.

April 27, 2007.

Frederick J. Ernst, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before HOLLIGER, P.J., SPINDEN and HARDWICK, JJ.

---

## ORDER

PER CURIAM.

Joshua Fields appeals from his convictions for second-degree murder and armed criminal action. Upon review of the record, we find no error and affirm the convictions. We have provided the parties with a Memorandum explaining the reasons for our decision because a published opinion would serve no jurisprudential purpose.

AFFIRMED. Rule 30.25(b).